# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

133629

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 133629
                                   COA: 275515
                                   Bay CC: 05-010833-FH

JACK EDWIN DAVID,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 13, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk